THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY VERN BOAK, Appellant.— HERLIHY, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.